Dallis Nordstrom Rhode (9537)
CARMAN LEHNHOF ISRAELSEN LLP
299 S. Main St., Ste. 1300
Salt Lake City, Utah 84111
T: (801) 534-4435
F: (801) 494-5515
E: dallis@clilaw.com

**UNITED STATES DISTRICT COURT**
**District of Utah**

| | |
|---|---|
| SHIPITO, LLC, a Utah limited liability company, | : : : |
| Plaintiff | : : Motion for Pro Hac Vice Admission and : Consent of Local Counsel |
| v. | : : |
| | : Case No. 2:17-cv-00963 |
| JASON LUONG, an individual; Planet Express Shipping, LLC, and Does 1 through 10. | : : : |
| Defendants | : : |

Pursuant to D.U. Civ Rule 83-1.1(d), I move the admission of Alan E. Engle as pro hac vice counsel for Defendants and consent to serve as local counsel. The application for pro hac vice admission is attached as exhibit A to this motion, an Electronic Case Filing Registration Form as exhibit B, and the admission fee, if required, has been paid to the court with the submission of this motion.

DATED this 9th day of October, 2017.

CARMAN LEHNHOF ISRAELSEN LLP

  /s/ Dallis Nordstrom Rohde
Dallis Nordstrom Rohde

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2017, I electronically filed the foregoing Motion for Pro Hac Vice Admission by using the District of Utah CM/ECF system. I further certify that the parties of record in this case, as identified below, are registered CM/ECF users.

    Robert E. Aycock
    raycock@pa-law.com
    William O. Kimball
    bkimball@pa-law.com


      /s/ Dallis Nordstrom Rohde_____
    Dallis Nordstrom Rohde