# UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

|  |  |
|---|---|
| **PLAINTIFF,** | ) <br> ) **CASE NO.** <br> ) <br> ) <br> ) **NOTICE OF ASSIGNMENT TO A** <br> ) **UNITED STATES MAGISTRATE** <br> ) **JUDGE AND CONSENT/** <br> ) **REQUEST FOR REASSIGNMENT** <br> ) <br> ) <br> ) |
| vs. | |
| **DEFENDANT.** | |

In accordance with United States District Court for the District of Utah General Order 11-001, and Fed. R. Civ. P. 73, you are notified that the above entitled action has been assigned to a United States Magistrate Judge to conduct all proceedings in this case, including trial, entry of final judgment, and all post-judgment proceedings. <u>Exercise of this jurisdiction by a United States Magistrate Judge is permitted only if all parties file a written consent</u>. **Indicate below whether you consent to the assignment or request the case be reassigned to a district court judge.**

# Consent                                           # Reassignment

_____          _____
**Party(s) represented**                            **Party(s) represented**

_____          _____
**Attorney Signature          Date**                **Attorney Signature          Date**

**Return this form within 15 days of receipt**. After completing this form, counsel are required to **e-mail** this form in PDF format by sending it to <u>consents@utd.uscourts.gov</u>. Alternatively, the form may be mailed to the following address: U.S. District Court, 351 S. West Temple Street, Salt Lake City, Utah 84101, Attention: Consent Clerk. <u>**Do not e-file this document.**</u>

No judge will be informed of a party's response to this notification, unless all parties have consented to the assignment of the matter to a United States Magistrate Judge

An appeal from a judgment entered by a United States Magistrate Judge will be made directly to the United States Court of Appeals for the Tenth Circuit in the same manner as an appeal from any other judgment of this district. 28 U.S.C. § 636(c); Fed. R. Civ. P. 73.