# UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SHIPITO, LLC,<br><br>Plaintiff<br><br>v.<br><br>JASON LUONG; PLANET EXPRESS SHIPPING, LLC; and Does 1 through 10.<br><br>Defendants. | Case: 2:17-cv-00963-BCW<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS**<br><br>Hon. Magistrate Brooke C. Wells |

## ORDER

The Court, having read and fully considered Defendants Joint Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue (the "Motion") and the papers submitted in support of and in opposition to the Motion, finds good cause in support of the Motion.

IT IS HEREBY ORDERED that the Motion is GRANTED. Plaintiff Shipito, LLC's Amended Complaint is hereby DISMISSED for lack of personal jurisdiction over Defendants and improper venue.

DATED this ___ day of _____

_____
Hon. Brooke C. Wells
United States Magistrate Judge